**448**

444 P.2d 775

STATE of New Mexico, ex rel. STATE
HIGHWAY COMMISSION of
New Mexico, Relator,

v.

The Honorable Dee C. BLYTHE, District
Judge of the District Court of Ninth Ju-
dicial District of the State of New Mexico,
Respondent.

No. 8721.

Supreme Court of New Mexico.

Aug. 22, 1968.

CHAVEZ, Chief Justice, and MOISE,
COMPTON and CARMODY, Justices,
concurring; NOBLE, Justice, being absent
and not participating.

Ordered that the petition for writ of
prohibition be, and the same is hereby de-
nied.

444 P.2d 775

AMERICAN BANK OF COMMERCE,
Petitioner,

v.

Robert W. REIDY, Respondent.

No. 8724.

Supreme Court of New Mexico.

Aug. 28, 1968.

CHAVEZ, Chief Justice, and MOISE,
COMPTON and CARMODY, Justices,
concurring; NOBLE, Justice, being absent
and not participating.

Ordered that the petition for writ of
mandamus be and the same is hereby de-
nied.

444 P.2d 775

Emiliano PEREA and Mary Jane Perea,
his wife, Petitioners,

v.

The Honorable J. M. SCARBOROUGH, Dis-
trict Judge, First Judicial District in and
for the County of Santa Fe, State of New
Mexico, and District Court, First Judicial
District in and for the County of Santa Fe,
State of New Mexico, Respondents.

No. 8728.

Supreme Court of New Mexico.

Sept. 5, 1968.

NOBLE and COMPTON and CAR-
MODY, Justices, concurring; CHAVEZ,
Chief Justice and MOISE, Justice, not par-
ticipating.

Ordered that the petition for writ of pro-
hibition be and the same is hereby denied.

444 P.2d 775

Joe E. LOPEZ and Mary I. Lopez, his wife,
Plaintiffs-Appellants,

v.

SCHULTZ & LINDSAY CONSTRUCTION
COMPANY, Employer, and Employers Life
Insurance Company, Insurer, Defendants-
Appellees.

No. 8722.

Supreme Court of New Mexico.

Sept. 12, 1968.

CHAVEZ, Chief Justice and NOBLE,
MOISE, COMPTON and CARMODY,
Justices, concurring.

Ordered that Application for writ of
certiorari be and the same is hereby de-
nied.

Further ordered that the record in Court
of Appeals, 79 N.M. 485, 444 P.2d 996, be
and the same is hereby returned to the
Clerk of the Court of Appeals.